UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00137 |
| | ) | JUDGE SHARP |
| JEFFREY DWAYNE BARRETT [6] | ) | |
| | ) | |

**O R D E R**

Due to calendar conflict, the sentencing hearing set for July 8, 2013 for the above named defendant is hereby rescheduled for Friday, July 12, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE