PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Jeffrey Dwayne Barrett                    Docket No. 0650 3:12CR00137 - 6

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Maria K Johnson                    , PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Jeffrey Dwayne Barrett  who was placed under pretrial release supervision by the Honorable Juliet E. Griffin, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on June 15, 2012, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference pages two and three of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Maria K Johnson                Nashville, TN                July 26, 2013
U.S. Pretrial Services Officer        Place:                    Date:

**Next Scheduled Court Event**    **Sentencing Hearing**        September 23, 2013
                                    Event                        Date

## PETITIONING THE COURT

☐ No Action                             ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                    ☐ Other

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☑ A Hearing on the Petition is set for

August 23, 2013    1:30 p.m.
Date                Time

Considered and ordered this _29-13_ day of _July_, _2013_, and ordered filed and made a part of the records in the above case.

_____
Honorable Kevin H. Sharp
U.S. District Judge

Honorable Kevin H. Sharp
U.S. District Judge
RE: Petition for Action On
Jeffrey Barrett
3:12CR00137-006
July 26, 2013

On June 15, 2012, Jeffrey Barrett appeared before the Honorable Juliet E. Griffin for an Initial Appearance hearing. On that date, the defendant was released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Violation(s):**

**Condition (4): The defendant must not violate any federal, state, or local law while on release.** On January 1, 2013, the defendant was issued a misdemeanor citation for Driving on a Revoked License by the Murfreesboro Police Department in Rutherford County, Tennessee.

**Condition (7)(I): Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop.** On July 22, 2013, the defendant was arrested by the Rutherford County Sheriff's Office for Failure to Appear on the Driving on a Revoked License offense.

**Probation Officer's Actions:**
On January 2, 2013, the defendant reported he received a warning for No Headlights on January 1, 2013, by the Murfreesboro Police Department. Based on the nature of the reported law enforcement contact, this officer warned the defendant about future traffic violations.

On July 22, 2013, this officer received automated notification that the defendant had contact with the Rutherford County Sheriff's Office. On July 23, 2013, the Rutherford County Sheriff's Office advised the defendant was arrested for Failure to Appear, and he released on that same date. On July 26, 2013, this officer made contact with the Rutherford County General Sessions Court Clerk's Office. The Clerk's Office advised the defendant was cited on January 1, 2013, for Driving on a Revoked License. On July 3, 2013, the defendant did not appear in court and a capias was issued for Failure to Appear. On July 22, 2013, the defendant was served with the capias. The next scheduled court hearing is August 7, 2013. On July 26, 2013, this officer contacted the defendant to inquire about the violations. The defendant indicated he struggles with understanding his release conditions and he forgot to notify this officer. The defendant failed to notify this officer of the pending Driving on a Revoked License offense. Additionally, the defendant failed to notify this officer within 48 hours of his Failure to Appear arrest.

Honorable Kevin H. Sharp
U.S. District Judge
RE: Petition for Action On
Jeffrey Barrett
3:12CR00137-006
July 26, 2013

**Respectfully Petitioning the Court as Follows:**
At this time, it is respectfully requested that a hearing be held where the defendant can answer why his bond should not be revoked.

AUSA Brent Hannafan has been notified of the violations.

Approved by:

_____
Burton Putman
Supervisory U.S. Probation Officer


xc: Brent Hannafan, Assistant U.S. Attorney
    John P. Cauley, Defense Attorney

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY BARRETT     CASE NO.: 12-mj-1042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/~~her~~ own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

JB 1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

JB 2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

JB 3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

JB 4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY BARRETT             CASE NO.: 12-mj-1042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JB 5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

JB 6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

JB 7) This special condition or conditions:

JB A. Defendant shall report to Pretrial Services as directed

JB B. Defendant shall maintain or actively seek employment

JB C. Defendant shall ~~surrender any passport to Pretrial Services, and shall~~ not seek to obtain a passport during the pendency of this case

JB D. Defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, ~~the names of such persons will be provided to defendant by the United States Attorney~~ whose is referenced in the affidavit in support of Criminal complaint the

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY BARRETT          CASE NO.: 12-mj-1042

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JB  E.  Defendant shall not have in his possession (on his person, in his home, in his vehicle, at his place of work) any firearms, ammunition, or other dangerous weapon

JB  F.  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician

JB  G.  Defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem at the direction of the Pretrial Services Officer, and defendant shall participate in any substance abuse counseling or treatment as directed; treatment may be on an out-patient basis or an in-patient basis; any in-patient treatment may be followed by up to 90 days in a half-way house

JB  H.  Defendant shall submit to any substance abuse testing as directed by Pretrial Services and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

JB  I.  Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY BARRETT          CASE NO.: 12-mj-1042

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JB  J.  Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

K.  *Jeffrey Barrett*
    6-25-12

    Reviewed w/ Mr. Barrett

    [signature] 6/25/12

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY BARRETT           CASE NO.: 12-mj-1042

*****************************************************

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: June 15, 2012          X  *Jeffrey Barrett*
                                Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.