*signature: Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00137 (6) |
| | ) | JUDGE SHARP |
| JEFFREY BARRETT (6) | ) | |

## MOTION TO EXTEND SELF-REPORT DATE

The Defendant, through appointed counsel John P. Cauley, moves this Court to grant a two-week extension on his self-report date. As justification for this request the defendant, through counsel, states that the Bureau of Prisons has not had sufficient time to designate a Federal Facility to house him during the service of his sentence. Consequently, rather than proceeding to the B.O.P. facility he will be placed in a local facility and held until transported to his ultimate place of confinement. A brief extension of time to self-report will avoid the involvement of a state facility and simplify the process for law enforcement and Mr. Barrett.  Mr. Barrett asks that the Court grant a two-week extension of his self-report date, currently November 12, 2013. The new report date requested is Tuesday, November 26, 2013.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067