UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00137-6 |
| | ) | JUDGE SHARP |
| JEFFREY DWAYNE BARRETT | ) | |

**O R D E R**

Pending before the Court is an Unopposed Motion to Continue Revocation Hearing (Docket No. 341).

The motion is GRANTED and the revocation hearing set for February 8, 2016, is hereby reset for Monday, May 9, 2016, at 3:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE